Commonwealth *v.* Dever, Appellant.

Submitted December 6, 1971. *Frank De-Monsi* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Robyn Greene* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney,

and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.